UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

vs.   § § § § § §   CASE NO.

ORDER OF TRANSFER

**IT IS HEREBY ORDERED** that this patent case be transferred to Judge Ron Clark, who is participating in the Pilot Patent Project, pursuant to GO 11-11.

_____   _____
Date   UNITED STATES DISTRICT JUDGE